| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:22CR000145-001 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | CR-23-50004-PHX-SPL |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western Washington | Seattle |
| Scott Kinley | NAME OF SENTENCING JUDGE | |
| | The Honorable Lauren King, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/14/2022 | TO 12/13/2025 |

OFFENSE

16 U.S.C. §3372(a)(1) &   Violating the Lacey Act – Illegal Sale of Fish Processed in
16 U.S.C. §3373(d)(1)(B)   Violation of Tribal Law

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Western   DISTRICT OF   Washington

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Arizona   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

January 4, 2023                                    *[signature: Lauren King]*
*Date*                                                *United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   District   DISTRICT OF   Arizona

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/6/23                                              *[signature]*
*Effective Date*                                    *United States District Judge*